# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| a Hong Kong Limited Corporation | ) | Case: |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Mag. Judge: |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## EXHIBIT ONE
## COPYRIGHT REGISTRATION NO. VA 2-348-112



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = beadnova
Search Results: Displaying 1 of 2 entries



***Beadnova 2016 DIY Instruction.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002348112 / 2023-05-22 |
| **Application Title:** | Beadnova 2016 DIY Instruction. |
| **Title:** | Beadnova 2016 DIY Instruction. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Collectanea J. Limited. Address: 213 New City Center, 2 LEI YUE MUN RD, Kwun Tong, Hong Kong. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-08-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Collectanea J. Limited, employer for hire; Domicile: Hong Kong; Citizenship: China. Authorship: photograph. |
| **Rights and Permissions:** | Larry Ford Banister II, Ford Banister LLC, Floor 7, 305 Broadway, New York, New York, 10007, United States, (212) 500-3268, ford@fordbanister.com |
| **Names:** | Collectanea J. Limited |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record  Format for Print/Save
Enter your email address:  Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



✳ Warm Prompt: The accessories in the pictures only used for displaying the operation step, not contained in packing.