**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| a Hong Kong Limited Corporation | ) | Case: |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Mag. Judge: |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**EXHIBIT TWO
COPYRIGHT REGISTRATION NO. VA 2-348-115**



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Beadnova
Search Results: Displaying 2 of 2 entries



*Beadnova 2017 Series.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002348115 / 2023-05-22 |
| **Application Title:** | Beadnova 2017 Series |
| **Title:** | Beadnova 2017 Series. [Group registration of published photographs. 490 photographs. 2017-08-22 to 2017-12-09] |
| **Description:** | 490 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Collectanea J. Limited. Address: 213 New City Center, 2 LEI YUE MUN RD, Kwun Tong, Hong Kong. |
| **Date of Creation:** | 2017 |
| **Publication Date Range:** | 2017-08-22 to 2017-12-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Collectanea J. Limited, employer for hire; Domicile: Hong Kong; Citizenship: China. Authorship: photographs. |
| **Rights and Permissions:** | Larry Ford Banister II, Ford Banister LLC, Floor 7, 305 Broadway, New York, New York, 10007, United States, (212) 500-3268, ford@fordbanister.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Names:** | Collectanea J. Limited |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record  Format for Print/Save
Enter your email address:  Email

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

GEM-0002-0108-10



GEM-0001-0106-8



GEM-0001-0104-9



GEM-0001-0104-6



GEM-0001-0108-5





GEM-0001-0104-10



GEM-0012-0108-10

