# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| | ) | Case: 1:24-cv-05610 |
| | ) | |
| Plaintiff, | ) | Judge: Lindsay C. Jenkins |
| | ) | |
| v. | ) | Mag. Judge: Jeffrey Cole |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFs. (NO. 29) WINYES and (NO. 31) Wroad-US

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Collectanea J. Limited. hereby dismisses this action without prejudice against DEF. (NO. 29) WINYES and and (NO. 31) Wroad-US.

Respectfully Submitted this 19th day of September 2024,

By:    /s/ Michael T. Stanley

Michael Stanley
IL Bar No.: 6284055
Ford Banister LLC
111 W. Jackson Suite 1700
Chicago, Illinois 60604
Telephone: 212-500-3268
Email: mstanley@fordbanister.com
Attorney for Plaintiff