IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collectanea J. Limited, | Case: 1:24-cv-05610 |
| Plaintiff, | Judge: Lindsay C. Jenkins |
| v. | Mag. Judge: Jeffrey Cole |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL
AS TO DEF. (NO. 1) HASIDE-SHOP**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Collectanea J. Limited. hereby dismisses this action without prejudice against DEF. (NO. 1) HASIDE-SHOP.

Respectfully Submitted this 19th day of September 2024,

By: /s/ Michael T. Stanley

Michael Stanley
IL Bar No.: 6284055
Ford Banister LLC
111 W. Jackson Suite 1700
Chicago, Illinois 60604
Telephone: 212-500-3268
Email: mstanley@fordbanister.com
Attorney for Plaintiff